## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SIERRA CLUB,                 ) | |
|                             ) | |
|           Plaintiff,     ) | |
|    v.                        ) | Case No. 1:16-cv-2461 |
|                             ) | |
| MICHAEL S. REGAN, in his official    ) | Hon. Timothy J. Kelly |
| capacity as Administrator of the      ) | |
| U.S. Environmental Protection Agency,   ) | |
|                             ) | |
|         Defendant.    ) | |
|                             ) | |

## EPA'S UNOPPOSED MOTION FOR RELIEF FROM JUDGMENT

Defendant Michael S. Regan, in his official capacity as Administrator of the U.S.

Environmental Protection Agency ("EPA"), with the agreement of Plaintiff Sierra Club ("Sierra

Club"), hereby moves the Court pursuant to Fed. R. Civ. Pro. 60(b)(5) for further relief from the

last deadline established in this case.  More specifically, EPA seeks relief from the deadline to

promulgate a final rule that was established in the Court's Order of October 14, 2021, in the form

of a new deadline of June 30, 2025, to sign a final rule reviewing and revising standards for other

solid waste incinerators pursuant to 42 U.S.C. § 7429(a)(5) ("OSWI Standards").  In support of

its motion, EPA states as follows:

1.      This case was decided in 2018 in a decision that established, among other things,

a deadline of August 31, 2020, by which EPA was required to propose a rule reviewing and, if

appropriate, revising the OSWI Standards, and a deadline of May 31, 2021, by which EPA was

required to promulgate a final rule.  ECF No. 24.

2.      On October 14, 2021, this Court issued an order granting EPA relief from the

judgment, extending until March 14, 2024, the prior deadline for the Agency to promulgate a

final rule establishing performance standards for Other Solid Waste Incineration ("OSWI") units

under Clean Air Act section 129(a)(1)(E), 42 U.S.C. § 7429(a)(1)(E).  Minute Order (October

14, 2021).

       3.      EPA published a proposed OSWI rule in August 2020.  85 Fed. Reg. 54178

(August 31, 2020).  At that time, EPA expected to be able to provide grants to help owners and

operators of small OSWI units pay for certain costs associated with the proposed standards, and

the Agency's proposed rule was predicated in part on the availability of such funds.  85 Fed.

Reg. 54190-91.  Funding for these grants, however, is no longer available, and EPA needs

additional time to address this change in circumstances.

       4.      Undersigned counsel has consulted with counsel for Sierra Club, and Plaintiffs do

not oppose further relief in the form of an extension to June 30, 2025.

       5.      Granting relief in the form of the requested March 1, 2024, deadline would not

prejudice the parties or the Court.

       WHEREFORE, with the agreement of Plaintiff, EPA respectfully requests that the Court

grant EPA additional relief from the judgment in this case in the form of a new deadline of June

30, 2025, to sign a final rule.

Dated:  November 6, 2023            Respectfully submitted,

                                 /s/ Heather E. Gange
                               HEATHER E. GANGE
                               D.C. Bar No. 452615
                               Environmental Defense Section
                               U.S. Department of Justice
                               P.O. Box 7611
                               Washington, DC 20044
                               (202) 514-4206
                               Heather.Gange@usdoj.gov

                               *Counsel for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 6, 2023, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the District of Columbia by using the CM/ECF system.  The participants in the case are registered CM/ECF users and service will be accomplished by the CM/ECF system.


       /s/ Heather E. Gange
Heather E. Gange